UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY,<br><br>            Plaintiff,<br><br>vs.<br><br>FRESNO SUPERIOR COURT,<br><br>            Defendant.<br>_____/ | 1:06-cv-01707-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 5)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** (Doc. 4)<br><br>**ORDER REQUIRING TO PAY FILING FEE WITHIN TEN (10) DAYS** |

    Johnney Ramey ("Plaintiff"), an inmate currently incarcerated at Folsom State Prison, Folsom, California, is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 1, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Findings and Recommendations, filed February 1, 2007, are ADOPTED IN FULL;

  2. Plaintiff's Application to Proceed In Forma Pauperis, filed December 18, 2006, is DENIED; and,

  3. Plaintiff tender the filing fee of $350.00 within ten (10) days from the date of service of this order.

  Plaintiff's failure to comply with this Order will result in dismissal of the action.

IT IS SO ORDERED.

**Dated:  April 27, 2007**                **/s/ Anthony W. Ishii**
                                          UNITED STATES DISTRICT JUDGE