IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY RAMEY, | CASE NO. 1:06-CV-01707-AWI-SMS-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| FRESNO SUPERIOR COURT, | |
| Defendant. | |

Plaintiff Johnny Ramey ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 30, 2007, pursuant to 28 U.S.C. § 1915(g), the court denied plaintiff's request for leave to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within ten days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. More than sixty days have passed and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee.

IT IS SO ORDERED.

Dated:   July 26, 2007                       /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE